

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2023

No. 04-23-00781-CV

**IN RE** Travis Price **DORSETT**

Original Proceeding[1]

**ORDER**

On August 21, 2023, relator Travis Price Dorsett filed a petition for writ of mandamus. After considering the petition and record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 1, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CI23869, styled *In the Matter of the Marriage of Laura Elizabeth Dorsett and Travis Price Dorsett and In the Interest of L.E.D., a Minor Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.